Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
George Brandon (AZ Bar No. 017947) gbrandon@ssd.com
**S**QUIRE, **S**ANDERS & **D**EMPSEY L.L.P.
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
Tel: (602) 528-4000
Fax: (602) 253-8129

and

Barry A. Pupkin (D.C. Bar No. 236091) bpupkin@ssd.com
Christopher H. Gordon (D.C. Bar No. 464760) cgordon@ssd.com
(*pro hac vice* applications pending)
**S**QUIRE, **S**ANDERS & **D**EMPSEY L.L.P.
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20004
Tel.: (202) 626-6600
Fax: (202) 626-6780

Counsel to Coyotes Hockey, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | |
| DEWEY RANCH HOCKEY, LLC, | Case No. 2:09-bk-09488 |
| COYOTES HOLDINGS, LLC, | Case No. 2:09-bk-09500 |
| COYOTES HOCKEY, LLC, and | Case No. 2:09-bk-09491 |
| ARENA MANAGEMENT GROUP, LLC, | Case No. 2:09-bk-09495 |
| Debtors. | (Request for Joint Administration under Case No. 2:09-bk-09488 Pending) |
| | Chapter 11 Proceedings |
| COYOTES HOCKEY, LLC, | Adversary Proceeding No. 2:09-ap-494-RTBP |
| Debtor/Plaintiff, | |

v.

NATIONAL HOCKEY LEAGUE,

    Defendant.

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Coyotes Hockey, LLC hereby dismisses this action, with each party to bear its own fees and costs.

DATED this 5th day of November 2009.

    *s/ George Brandon*
    Thomas J. Salerno (Bar No. 007492)
    George Brandon (Bar No. 017947)
    SQUIRE, SANDERS & DEMPSEY L.L.P.
    Two Renaissance Square
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Tel.: (602) 528-4000
    Fax: (602) 253-8129

    and

    Barry A. Pupkin (D.C. Bar No. 236091)
    Christopher H. Gordon (D.C. Bar No. 464760)
    (*pro hac vice* applications pending)
    SQUIRE, SANDERS & DEMPSEY L.L.P.
    1201 Pennsylvania Avenue, N.W., Suite 500
    Washington, D.C. 20004
    Tel.: (202) 626-6600
    Fax: (202) 626-6780

    *Counsel for Coyotes Hockey, LLC*